1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
       150 Almaden Blvd., Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5082
6      FAX: (408) 535-5081
       claire.cormier@usdoj.gov
7
   Attorneys for Defendants,
8  Stephen G. Corrigan and United States of America

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                  OAKLAND DIVISION

12
   LAL BHATIA, et al.,                )    Case No. C 07-02054 CW
13                                     )
          Plaintiffs,                  )    STIPULATION AND ORDER
14                                     )    CONTINUING DEADLINES AND CASE
       v.                              )    MANAGEMENT CONFERENCE
15                                     )
   STEPHEN G. CORRIGAN, et al.,        )
16                                     )
          Defendants.                  )
17                                     )
                                       )
18 _____)

19     Defendants Stephen G. Corrigan and United States of America filed a motion to dismiss,

20 or alternatively motion for stay, which is scheduled for hearing on August 16, 2007.  Pursuant to

21 a previous continuance requested by defendants, the initial case management conference for this

22 case is currently scheduled to take place on September 18, 2007.  Plaintiffs' counsel has advised

23 that plaintiffs intend to file an amended complaint in order to address some of the issues raised in

24 defendants' motion to dismiss.  If such an amended complaint is filed as scheduled below,

25 defendants will withdraw their current motion to dismiss, without prejudice to a possible

26 subsequent motion to dismiss the amended complaint.

27 //

28 //

STIPULATION AND ORDER RE DEADLINES AND CMC
Case No. C07-02054 CW

1  Accordingly, the parties, through their counsel of record, hereby STIPULATE AND
2  REQUEST that the Court vacate the currently scheduled case management conference and
3  related deadlines and instead order the following schedule for this case:

| | |
|---|---|
| August 6, 2007 | Plaintiffs to file amended complaint |
| September 5, 2007 | Defendants' answer, motion, or other response to amended complaint due |
| October 16, 2007 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| October 30, 2007 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report; last day to file Case Management Statement |
| November 6, 2007, 2:00 p.m. | Case Management Conference |

Respectfully submitted,

DATED: July 27, 2007    SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
CLAIRE T. CORMIER
Assistant United States Attorney


DATED: July 27, 2007    LAW OFFICES OF STANLEY HILTON


_____/s/_____
STANLEY G. HILTON, ESQ.
Attorney for Plaintiffs,
Lal Bhatia, Jane Doe, a minor

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____7/30_____, 2007    _____
CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER RE DEADLINES AND CMC
Case No. C07-02054 CW                    -2-