IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAL BHATIA; JANE DOE, a Minor,<br><br>      Plaintiffs,<br><br>  v.<br><br>STEPHEN CORRIGAN; DOES 1-100,<br><br>      Defendants.<br>_____/ | No. C 07-2054 CW<br><br>ORDER CONCERNING SUGGESTED GUARDIAN AD LITEM FOR JANE DOE |

On May 16, 2007, the Court ordered Plaintiff Lal Bhatia to submit within two weeks a list of three nominees to serve as guardian ad litem for Jane Doe, his minor daughter.  After receiving three extensions of time, Plaintiff was given until November 30, 2007 to provide the list of three nominees.  On November 29, 2007, Plaintiff provided the Court with the name of one nominee: Jane Doe's maternal grandfather, Satish Mehta.

Plaintiff is ordered to submit a sworn declaration from Mr. Mehta stating whether he has consulted with Jane Doe concerning her claims in this lawsuit, and whether he has consulted on Jane Doe's behalf an attorney, other than Plaintiff's counsel, admitted to practice law in the United States District Court for the Northern

1  District of California.  The declaration shall also state where Mr.
2  Mehta lives and, if he does not live in the United States, how
3  frequently and by what means he intends to communicate with Jane
4  Doe and her counsel regarding this lawsuit.  In addition, Mr. Mehta
5  shall affirm that he does not have a conflict that would prevent
6  him from representing the interests of Jane Doe.
7       IT IS SO ORDERED.

9  Dated: 12/12/07                    *(signature)*
                                      CLAUDIA WILKEN
10                                    United States District Judge

2