IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
LAL BHATIA; JANE DOE, a Minor,          No. C 07-2054 CW
         Plaintiffs,
    v.                                   ORDER CONCERNING
                                         LAL BHATIA'S
STEPHEN CORRIGAN; DOES 1-100,            NOTICE OF APPEAL
         Defendants.
                                      /
```

Plaintiff Lal Bhatia has filed a notice of his appeal of the Court's order of December 12, 2007 dismissing his claims. The Court clarifies that no final judgment has been entered in this action, nor has partial judgment been entered pursuant to Rule 54 of the Federal Rules of Civil Procedure. Jane Doe's claims have not yet been adjudicated and the Court retains jurisdiction over this case to proceed with them.

Dated: 1/15/08

CLAUDIA WILKEN
United States District Judge