IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAL BHATIA; JANE DOE, a Minor,<br><br>    Plaintiffs,<br><br>  v.<br><br>STEPHEN CORRIGAN; DOES 1-100,<br><br>    Defendants.<br>_____/ | No. C 07-2054 CW<br><br>ORDER CONCERNING JANE DOE'S GUARDIAN <u>AD LITEM</u> |

    On May 16, 2007, the Court ordered Plaintiff Lal Bhatia to submit within two weeks a list of three nominees to serve as guardian <u>ad litem</u> for Jane Doe, his minor daughter. After receiving three extensions of time, Plaintiff was given until November 30, 2007 to provide the list of three nominees. On November 29, 2007, Plaintiff provided the Court with the name of one nominee: Jane Doe's maternal grandfather, Satish Mehta.

    On December 12, 2007, the Court ordered Plaintiff to submit a sworn declaration from Mr. Mehta stating, among other things, whether he has consulted with Jane Doe concerning her claims in this lawsuit and whether he has consulted on Jane Doe's behalf an attorney, other than Plaintiff's counsel, admitted to practice law

in this District.  Plaintiff did not submit the required declaration.

At a case management on January 8, 2008, the Court informed Plaintiff that Mr. Mehta was not a suitable guardian <u>ad litem</u> for Jane Doe.  The Court ordered Plaintiff to submit by January 22, 2008 a list of up to three nominees for Jane Doe's guardian <u>ad litem</u>.  To date, Plaintiff has not submitted the required list.

Plaintiff is hereby ORDERED to identify three nominees to serve as Jane Doe's guardian <u>ad litem</u> by February 11, 2008.  By this date, Plaintiff must also submit a declaration from each nominee stating whether the nominee has consulted with Jane Doe concerning her claims in this lawsuit, and whether the nominee has consulted on Jane Doe's behalf an attorney, other than Plaintiff's counsel, admitted to practice law in the United States District Court for the Northern District of California.  The declaration shall also state where the nominee lives and the level of involvement the nominee intends to have in this lawsuit.  In addition, the nominee shall affirm that he or she does not have a conflict that would prevent him or her from representing the interests of Jane Doe.

If Plaintiff does not comply with this order by February 11, 2008, Jane Doe's claims will be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: 2/5/08

_____
CLAUDIA WILKEN
United States District Judge

2