IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAL BHATIA; JANE DOE, a Minor, | No. C 07-2054 CW |
| Plaintiffs, | |
| v. | ORDER DISMISSING JANE DOE'S CLAIMS |
| STEPHEN CORRIGAN; DOES 1-100, | |
| Defendants. | |
| _____/ | |

On February 5, 2008, the Court ordered Plaintiff Lal Bhatia to identify three nominees to serve as guardian <u>ad litem</u> for his daughter, Jane Doe, by February 11, 2008. The order informed Plaintiff that if he did not comply, Jane Doe's claims would be dismissed without prejudice for failure to prosecute. Plaintiff did not comply with the order, but instead filed a declaration by his attorney consenting to the dismissal of his daughter's claims. Accordingly, those claims are DISMISSED WITHOUT PREJUDICE.

Because all claims have now been disposed of, the clerk shall enter judgment against Plaintiff dismissing his constitutional claims with prejudice; dismissing his tort claims without

prejudice; and dismissing Jane Doe's claims without prejudice.

IT IS SO ORDERED.



Dated: 2/15/08

CLAUDIA WILKEN
United States District Judge