IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAL BHATIA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHEN G. CORRIGAN,<br><br>    Defendant._____/ | No. 07-02054 CW<br><br>ORDER DENYING MOTION FOR DISCIPLINARY PROCEEDINGS |

On April 16, 2010, the Ninth Circuit affirmed this Court's judgment dismissing Plaintiff Lal Bhatia's action alleging violations of his constitutional rights under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). The mandate has not yet issued.

On May 5, 2010, Plaintiff filed a motion to commence disciplinary proceedings against Defendant Stephen G. Corrigan, the Assistant United States Attorney who prosecuted a criminal case against Plaintiff.

Because the Ninth Circuit's mandate has not issued, this Court lacks jurisdiction over this motion. Furthermore, Plaintiff may not continue to litigate this case after he appealed it to the

Ninth Circuit, which affirmed this Court's ruling.

Accordingly, Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: May 11, 2010

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BHATIA et al,

        Plaintiff,

v.

CORRIGAN et al,

        Defendant.

Case Number: CV07-02054 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lal Bhatia
97562-011
P.O. Box 7001
Taft, CA 93268

Dated: May 11, 2010

                                      Richard W. Winking, Clerk
                                      By: Ronnie Hersler, Deputy Clerk

**United States District Court**
For the Northern District of California

3